# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARETH PERRY,<br><br>    Plaintiff,<br><br>v.<br><br>C. CERVANTES, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00356-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SUBMIT AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff is a federal prisoner proceeding *pro se* in this civil rights action. Plaintiff has not paid the $400.00 filing fee or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send Plaintiff a form application to proceed in forma pauperis.

2. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $400.00 filing fee for this action. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

    Dated: **March 11, 2020**            /s/ Erica P. Grosjean
                                                           UNITED STATES MAGISTRATE JUDGE

1