UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARETH PERRY,<br><br>    Plaintiff,<br><br>v.<br><br>C. CERVANTES, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00356-EPG (PC)<br><br>ORDER FOR PLAINTIFF TO SUBMIT WARDEN'S REPLY TO BP-9 FORM<br><br>THIRTY (30) DAY DEADLINE |

Gareth Perry ("Plaintiff") is a federal prisoner proceeding *pro se* in this civil rights action.

On March 12, 2020, the Court ordered Plaintiff to file a response within 30 days, explaining why this action should not be dismissed for failure to exhaust administrative remedies. (ECF No. 6). On March 27, 2020, Plaintiff filed his response. (ECF No. 9). Plaintiff alleges that he attempted to exhaust his claims against defendants, but the Warden, in a reply to a BP-9 Form, told him that the institution could not rectify the situation because the defendants in this action are independent contractors, not prison employees. (ECF No. 9, p. 2; ECF No. 11, p. 3). However, the Discipline Hearing Officer Report, which Plaintiff attached to his response and which is signed by defendant Cervantes, states that Plaintiff does have appeal rights and that Plaintiff was advised of those rights. (ECF No 9, pgs. 6-8).

While Plaintiff submitted a copy of the Discipline Hearing Officer Report, he did not submit a copy of the Warden's reply to his BP-9 Form.

In order to resolve the discrepancy between Plaintiff's evidence, which states that he

1

does have appeal rights, and his allegation that the Warden told him that he cannot appeal because the prison cannot rectify the situation, IT IS ORDERED that Plaintiff has thirty days from the date of service of this order to submit a copy of the Warden's reply to his BP-9 Form. Failure to comply with this order may result in dismissal of this action.

IT IS SO ORDERED.

Dated: **April 13, 2020**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE