UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARETH PERRY,<br><br>           Plaintiff,<br><br>     v.<br><br>C. CERVANTES,<br><br>           Defendant. | No. 1:20-cv-00356-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION, AND DIRECTING CLERK TO ASSIGN DISTRICT JUDGE AND TO CLOSE CASE<br><br>(Doc. Nos. 15-16) |

Plaintiff Gareth Perry, a federal prisoner, brought this civil rights action *pro se* under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On June 2, 2020, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to exhaust administrative remedies prior to filing suit as required by the Prison Litigation Reform Act of 1995, 42 U.S.C. § 1997e(a). (Doc. No. 15.) In response, plaintiff has filed objections thereto as well as a motion for the appointment of counsel. (Doc. Nos. 16-17.)

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis, and that

/////

1

plaintiff's objections fail to meaningfully address the magistrate judge's analysis and cited authorities.

Accordingly, the court hereby ORDERS that:

1. The findings and recommendations (Doc. No. 15), issued on June 2, 2020, are ADOPTED in full;
2. Plaintiff's motion for appointment of *pro bono* counsel (Doc. No. 16) is DENIED as moot;
3. This action is DISMISSED without prejudice; and
4. The Clerk of Court is DIRECTED to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated: **October 19, 2020**　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE